1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARMILA EARTH,<br><br>               Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:11-at-00363<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Doc. 3) |

Plaintiff Harmila Earth filed a complaint on June 14, 2011, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees and is, therefore, GRANTED.

IT IS SO ORDERED.

**Dated:** __ **June 15, 2011** __                    _____ /s/ Sheila K. Oberto _____
                                                       UNITED STATES MAGISTRATE JUDGE