Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARMILA EARTH,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER of SOCIAL SECURITY<br>    Defendant. | CASE NO. 1:11-CV-00986-LJO-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO SUBMIT PLAINTIFF'S CONFIDENTIAL BRIEF |

IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is December 2, 2011. The new due date will be January 2, 2011.  The scheduling order is modified accordingly.

Dated: December 2, 2011            /s/ Sengthiene Bosavanh

                                   SENGTHIENE BOSAVANH, ESQ.
                                   Attorney for Plaintiff

Dated: December 2, 2011            BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/Elizabeth Barry
                                   (as authorized via e-mail)
                                   ELIZABETH BARRY
                                   Special Assistant United States Attorney


IT IS SO ORDERED.

Dated:   December 12, 2011            /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE