UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARMILA EARTH,<br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER of SOCIAL SECURITY<br><br>    Defendant. | CASE NO. 1:11-CV-00986-LJO-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have until May 9, 2012, in which to file his Opposition to Plaintiff's Opening Brief. This is Defendants first request for an extension of time in this matter

Dated: April 2, 2012         /s/ Sengthiene Bosavanh

                             SENGTHIENE BOSAVANH, ESQ.
                             Attorney for Plaintiff

Dated: April 7, 2012         BENJAMIN B. WAGNER
                             United States Attorney


                             By: /s/Elizabeth Barry
                             (as authorized via e-mail)
                             ELIZABETH BARRY
                             Special Assistant United States Attorney


IT IS SO ORDERED.

Dated:  April 9, 2012            /s/ Barbara A. McAuliffe
                             UNITED STATES MAGISTRATE JUDGE