1 | BENJAMIN WAGNER CSBN 163581
United States Attorney
2 | DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
ELIZABETH BARRY CSBN 203314
4 | Special Assistant United States Attorney

5 | 160 Spear Street, 8th Floor
San Francisco, California 94105
6 | Telephone: (415) 977-8972
Facsimile: (415) 744-0134
7 | Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

HARMILA EARTH (x4301),                )
                                                        )   Case No. CIV-1:11-00986-LJO-BAM
      Plaintiff,                              )
                                                        )   STIPULATION AND ORDER
  v.                                              )   FOR A SECOND EXTENSION FOR
                                                        )   DEFENDANT TO FILE HIS OPPOSITION TO
COMMISSIONER OF                        )   PLAINTIFF'S OPENING BRIEF
SOCIAL SECURITY,                          )
                                                        )
      Defendant.                            )
                                                        )
_____ )

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until June 8, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

/ / /

1   This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012
*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: May 8, 2012         By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Pursuant to the stipulation, Defendant shall file its opposition brief no later than **June 8, 2012.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

Dated:   May 9, 2012           /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE

2