1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                          **FRESNO DIVISION**
11
   HARMILA EARTH (x4301),           )
12                                  )   Case No.  CIV-1:11-00986-LJO-BAM
                 Plaintiff,         )
13                                  )   STIPULATION AND ORDER
            v.                      )   FOR A SECOND EXTENSION FOR
14                                  )   DEFENDANT TO FILE HIS OPPOSITION TO
   COMMISSIONER OF                  )   PLAINTIFF'S OPENING BRIEF
15 SOCIAL SECURITY,                 )
                                    )
16               Defendant.         )
                                    )
17 _____  )

18

19     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until June 8, 2012, in which to file his

21 Opposition to Plaintiff's Opening Brief.

22 / / /

1. This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012 	 */s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: May 8, 2012 	By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

<u>ORDER</u>

Pursuant to the stipulation, Defendant shall file its opposition brief no later than **June 8, 2012.** Defendant is advised that requests for further extensions will be looked upon with disfavor.

IT IS SO ORDERED.

Dated: May 9, 2012 	/s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE