BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| HARMILA EARTH (x4301),<br><br>      Plaintiff,<br><br>v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>      Defendant. | Case No. CIV-1:11-00986-LJO-BAM<br><br>STIPULATION AND ORDER FOR A THIRD EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until July 9, 2012, in which to file his opposition or otherwise respond to Plaintiff's Opening Brief. The undersigned Defendant's counsel requires additional time to consult with her client regarding significant issues in this case.

    This is Defendant's third request for an extension of time in this matter. Defendant appreciates that the Court disfavors further extension requests. The undersigned Defendant's counsel had intended to brief this matter by the current June 8, 2012 deadline. In preparing this matter for briefing, however, the undersigned Defendant's counsel discovered that consultation with her client is necessary. The undersigned Defendant's counsel reviewed this matter at her earliest opportunity; in the week preceding Defendant's briefing deadline in this matter, the undersigned Defendant's counsel filed or will file dispositive briefs in the following matters: <u>Wilson v. Astrue</u> (EDCA) 2:11-00936-DAD (MSJ, filed June

1, 2012); Lundell v. Astrue (Ninth Circuit) 11-17603 (Answering Brief, filed June 5, 2012); and Lopez Manzo v. Astrue (NDCA) 5:11-05137-EJD (MSJ, to be filed June 8, 2012). The undersigned Defendant's counsel has exercised due diligence in managing her caseload, and this stipulation is not intended to unnecessarily delay resolution of this matter.

                                        Respectfully submitted,

Dated: June 7, 2012                     */s/ Sengthiene Bosavanh*
                                        (as authorized via e-mail)
                                        SENGTHIENE BOSAVANH
                                        Attorney for Plaintiff


                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: June 7, 2012                     By */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


## ORDER

The Court has reviewed this agreement and adopts the stipulation.  However, defense counsel is advised that no further stipulations or motions for extensions of time will be granted. This is the third extension of time and counsel was warned in the Court's previous order (Doc. 21) that any additional requests would be disfavored.

   IT IS SO ORDERED.

   Dated:   June 8, 2012            /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE