1   BENJAMIN WAGNER CSBN 163581
    United States Attorney
2   DONNA L. CALVERT SBN IL 619786
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH BARRY CSBN 203314
4   Special Assistant United States Attorney

5       160 Spear Street, 8th Floor
        San Francisco, California 94105
6       Telephone:  (415) 977-8972
        Facsimile:  (415) 744-0134
7       Email: Elizabeth.Barry@ssa.gov

8

    Attorneys for Defendant
9

10                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA
11                                  **FRESNO DIVISION**

12   HARMILA EARTH,                        )
                                           )   Case No.  CIV-1:11-00986-LJO-BAM
13                   Plaintiff,            )
                                           )   STIPULATION AND ORDER
14          v.                             )   FOR REMAND PURSUANT TO SENTENCE
                                           )   FOUR OF 42 U.S.C. § 405(g)
15   COMMISSIONER OF                       )
     SOCIAL SECURITY,                      )
                                           )
16                   Defendant.            )
                                           )
17   _____      **)**

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of

19   record, that this action be remanded to the Commissioner of Social Security for further administrative

20   action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence

21   four.

22          On remand, the administrative law judge (ALJ) will issue a new decision, further assessing

23   Plaintiff's purported depression and determining whether it is a severe impairment. In addition, the ALJ

24   will consider the opinions provided by Drs. Morgan and Morgatt regarding Plaintiff's mental limitations

25   and ability to work. Further, the ALJ will reevaluate Plaintiff's work history and determine whether she

26   / /

27

28

1   has worked at substantial gainful activity levels and whether she has past relevant work. Finally, the ALJ

2   will re-evaluate the claimant's credibility and residual functional capacity and obtain the services of a

3   vocational expert.

4

5
                                               Respectfully submitted,
6
    Dated: July 9, 2012                        */s/ Sengthiene Bosavanh*
7                                              (as authorized via e-mail)
                                               SENGTHIENE BOSAVANH
8                                              Attorney for Plaintiff

9

10                                             BENJAMIN WAGNER
                                               United States Attorney
11
    Dated: July 9, 2012                        By */s/ Elizabeth Barry*
12                                             ELIZABETH BARRY
                                               Special Assistant U.S. Attorney
13                                             Attorneys for Defendant

14

15                                             ORDER

16        Pursuant to the Stipulation of the parties (Doc. 24), it is hereby ORDERED this action be

17   remanded to the Commissioner of Social Security for further administrative action consistent with the

18   above Stipulation.

19        IT IS SO ORDERED.

20   **Dated:   July 10, 2012**                **/s/ Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28