```
BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

    160 Spear Street, 8th Floor
    San Francisco, California 94105
    Telephone:  (415) 977-8972
    Facsimile:  (415) 744-0134
    Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| HARMILA EARTH,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | Case No.  CIV-1:11-00986-LJO-BAM<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO SENTENCE<br>FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the administrative law judge (ALJ) will issue a new decision, further assessing Plaintiff's purported depression and determining whether it is a severe impairment. In addition, the ALJ will consider the opinions provided by Drs. Morgan and Morgatt regarding Plaintiff's mental limitations and ability to work. Further, the ALJ will reevaluate Plaintiff's work history and determine whether she

/ /

has worked at substantial gainful activity levels and whether she has past relevant work. Finally, the ALJ will re-evaluate the claimant's credibility and residual functional capacity and obtain the services of a vocational expert.

Respectfully submitted,

Dated: July 9, 2012

*/s/ Sengthiene Bosavanh*
(as authorized via e-mail)
SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: July 9, 2012    By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Pursuant to the Stipulation of the parties (Doc. 24), it is hereby ORDERED this action be remanded to the Commissioner of Social Security for further administrative action consistent with the above Stipulation.

IT IS SO ORDERED.

Dated:   **July 10, 2012**         */s/ **Barbara A. McAuliffe***
UNITED STATES MAGISTRATE JUDGE