1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                    UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA
                        **FRESNO DIVISION**
11
   HARMILA EARTH (x4301),              )
12                                     )       Case No.  CIV-1:11-00986-LJO-BAM
            Plaintiff,                 )
13                                     )       STIPULATION FOR THE AWARD AND
       v.                              )       PAYMENT OF ATTORNEY FEES PURSUANT
14                                     )       TO THE EQUAL ACCESS TO JUSTICE ACT,
   COMMISSIONER OF                     )       28 U.S.C. § 2412(d)
15  SOCIAL SECURITY,                   )
                                       )
16          Defendant.                 )
                                       )
17  _____   )

18       IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel,

19  subject to the approval of the Court, that Harmila Earth will be awarded attorney fees in the amount of

20  five thousand dollars ($5,000.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

21  This amount represents compensation for all legal services rendered on behalf of Harmila Earth by

22  counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

23       After the Court issues an order for EAJA fees to Harmila Earth, the Defendant will consider any

24  assignment of EAJA fees to Segthiene Bosavanh. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521,

25  2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject

26  to any offset allowed under the United States Department of the Treasury's Offset Program. After the

27  order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

28       Fees shall be made payable to Harmila Earth, but if the Department of the Treasury determines that

Harmila Earth does not owe a federal debt, then the government shall cause the payment of fees to be

made directly to the Sengthiene Bosavanh, pursuant to any assignment executed by Harmila Earth. Any payments made shall be delivered to Sengthiene Bosavanh.

This stipulation constitutes a compromise settlement of Harmila Earth's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Harmila Earth and/or Sengthiene Bosavanh may have relating to EAJA attorney fees in connection with this action.

Sengthiene Bosavanh reserves the right to contend that any non-payment caused by the collection of a federal debt owed by Harmila Earth violates 31 C.F.R. § 285.5(e)(5) and <u>Morrison v. C.I.R.</u>, 565 F.3d 658, 667 (9th Cir. 2009). Nothing in this stipulation shall be construed as an admission by Sengthiene Bosavanh that the Defendant has the right or authority to offset the fees due and payable pursuant to this stipulation. This award is without prejudice to the rights of Sengthiene Bosavanh to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: October 23, 2012          */s/ Sengthiene Bosavanh*
                                 (as authorized via e-mail)
                                 SENGTHIENE BOSAVANH
                                 Attorney for Plaintiff

                                 BENJAMIN WAGNER
                                 United States Attorney

Dated: October 23, 2012          By */s/ Elizabeth Barry*
                                 ELIZABETH BARRY
                                 Special Assistant U.S. Attorney
                                 Attorneys for Defendant

/././

/././

1

ORDER

2

The parties' Stipulation is approved.

3

IT IS SO ORDERED.

4

**Dated:**   **October 24, 2012**                  _____ **/s/ Barbara A. McAuliffe** _____

5
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28